UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUNCAN; JANET DUNCAN; CHRISTOPHER G., a minor, through his guardian, ROBERT DUNCAN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO; STEVE LEE; CALIFORNIA HIGHWAY PATROL OFFICER RUSSELL (BADGE 10205); and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | 2:06-cv-0647-GEB-DAD<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

　　　　The status conference scheduled for June 19, 2006, is rescheduled to commence at 9:00 a.m. on September 11, 2006. The rescheduling should provide Defendant Russell the opportunity to participate in a joint status report and afford Plaintiffs ample time to conduct discovery pertinent to identifying any Doe defendant.

　　　　In accordance with the Order Setting Status (Pretrial Scheduling) Conference filed March 28, 2006, the parties shall file a

/////
/////
/////

1

joint status report no later than August 28, 2006.[1]

IT IS SO ORDERED.

Dated:  June 7, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties."  March 28 Order at 2 n. 1.