IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ROBERT DUNCAN; JANET DUNCAN;      )
and CHRISTOPHER G., a minor       )    2:06-cv-647-GEB-DAD
through his gaurdian ROBERT       )
DUNCAN,                           )
                                  )
            Plaintiffs,           )
                                  )    ORDER
      v.                          )
                                  )
COUNTY OF SACRAMENTO; and         )
STEVE LEE,                        )
                                  )
            Defendants.           )
_____)
```

Defendants have not shown that decision is necessary on their motions in limine numbers 1, 2 and 3 filed August 4, 2008. Therefore, these motions are denied.

IT IS SO ORDERED.

Dated: August 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge