# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ROBERT DUNCAN, ET AL.,**

v.

CASE NO: **2:06−CV−00647−GEB−DAD**

**COUNTY OF SACRAMENTO, ET AL.,**

---

**XX** −− **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 8/22/2008**

**Victoria C. Minor**
Clerk of Court

ENTERED: **August 26, 2008**

by: /s/ D. Waggoner
Deputy Clerk